UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Respondent, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:04-cv-1758-DFH-TAB |
| ROBERT MCCARTHY, | ) |
| | ) |
| Defendant-Petitioner. | ) |

FINAL JUDGMENT ON PETITION FOR RELIEF UNDER 28 U.S.C. § 2255

The court having this day made its findings of fact and conclusions of law, it is hereby ORDERED, ADJUDGED, AND DECREED that defendant-petitioner Robert McCarthy take nothing by his petition for relief under 28 U.S.C. § 2255, and that his petition is dismissed with prejudice.

Date: November 4, 2005

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Copies to:

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov

Victoria Ursulskis
ATTORNEY AT LAW
vursulsk@earthlink.net